# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JONES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>R.W. NIPPER, *et al.*,<br><br>　　　　　　Defendants. | Case No. CV 09-5679 PSG (JCG)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: December 8, 2011

_____
　　HON. PHILIP S. GUTIERREZ
　UNITED STATES DISTRICT JUDGE

1